UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GEARBOX SOFTWARE, LLC,<br><br>　　PLAINTIFF,<br><br>V.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>　　DEFENDANTS. | CASE NO.: 1:21-CV-01072<br><br>JUDGE EDMOND E. CHANG<br><br>MAGISTRATE JUDGE JEFFREY COLE<br><br>**FILED UNDER SEAL** |

**PLAINTIFF'S *EX PARTE* MOTION FOR ENTRY OF A
TEMPORARY RESTRAINING ORDER, INCLUDING A TEMPORARY INJUNCTION,
A TEMPORARY ASSET RESTRAINT, AND EXPEDITED DISCOVERY**

Plaintiff, Gearbox Software, LLC ("Gearbox" or "Plaintiff"), seeks entry of an *Ex Parte* Temporary Restraining Order, including a temporary injunction against Defendants enjoining the manufacture, importation, distribution, offering for sale, and sale of infringing and counterfeit Borderlands products, a temporary asset restraint, and expedited discovery in an action arising out of 15 U.S.C. § 1114; Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a); and the Illinois Uniform Deceptive Trade Practices Act, 815 ILCS § 510, *et seq*. A Memorandum of Law in Support is filed concurrently with this Motion.

|  |  |
|---|---|
| Dated: February 25, 2021 | Respectfully submitted,<br><br>*/s/ Ann Marie Sullivan*<br>Ann Marie Sullivan<br>Alison Carter<br>AM Sullivan Law, LLC<br>1440 W. Taylor St., Suite 515<br>Chicago, Illinois 60607<br>Telephone: 224-258-9378<br>E-mail:  ams@amsullivanlaw.com<br><br>***ATTORNEYS FOR PLAINTIFF*** |